DENNIS M. COTA, Bar No. 127992
dcota@cotalawfirm.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@cotalawfirm.com
COTA COLE & HUBER LLP
3401 Centrelake Drive, Suite 670
Ontario, CA  91761
Telephone:   (909) 230-4209
Facsimile:    (909) 937-2034

Attorneys for Defendants
CITY OF ONTARIO, STAFFORD CROSS,
MIKE GONZALES, MICHAEL MORA,
DARRYL BROWN and KYLE MORGAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BRIONES, et al., ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ONTARIO, et al.,<br><br>Defendants. | Case No. 5:17-CV-00590-DMG-JPR<br>Hon. Dolly M. Gee<br><br>**DECLARATION OF DANIEL S. ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed or lodged concurrently herewith:<br><br>(1)   Notice of Motion and Motion for Partial Summary Judgment;<br><br>(2)   [Proposed] Statement of Uncontroverted Facts and Conclusions of Law;<br><br>(3)   Notice of Lodging Non-paper Physical Exhibit; and<br><br>(4)   [Proposed] Judgment/Order.]<br><br>Date:    May 18, 2018<br>Time:   2:00 p.m.<br>Crtm.:   8C (First St. Courthouse) |

{DSR/00057873. }

## DECLARATION OF DANIEL S. ROBERTS

I, Daniel S. Roberts, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am a partner at Cota Cole & Huber LLP, counsel of record in the above-captioned case for Defendants City of Ontario, Stafford Cross, Mike Gonzales, Michael Mora, Kyle Morgan, and Darryl Brown. I have personal knowledge of the following facts and if called upon to testify thereto, could and would do so competently.

2. Attached hereto collectively as Exhibit "A" are true and correct copies of relevant pages of the transcript of the deposition of Defendant Michael Mora in this case.

3. Attached hereto collectively as Exhibit "B" are true and correct copies of relevant pages of the transcript of the deposition of Defendant Mike Gonzales in this case.

4. The video Defendants offer in support of their Motion for Partial Summary Judgment, which has previously been produced to Plaintiffs' counsel, is in .mp4 format, and therefore it is my understanding that they cannot be uploaded to ECF. Accordingly, Defendants will lodge that non-paper Exhibit on a disc titled Exhibit "C." A notice of such lodging is filed concurrently herewith. I have discussed the video with Plaintiffs' counsel, Ms. Masongsong, by telephone and she stipulated to the authenticity of this video for purposes of this Motion.

5. Attached hereto as Exhibit "D" is a true and correct copy of the Detailed History for Fire Event #F16279003, which was obtained from the City's records related to the incident at issue in this lawsuit. A copy of this document has previously been produced to Plaintiffs' counsel in this case. I have discussed this document with Plaintiffs' counsel, Ms. Masongsong, by telephone and she stipulated to the authenticity of this document for purposes of this Motion.

{DSR/00057873. }

6.  Attached hereto as Exhibit "E" are relevant pages from Plaintiff Cynthia Briones's responses to Defendant City of Ontario's Interrogatories in this case, which were served on my office on or about March 28, 2018.

7.  Attached hereto as Exhibit "F" are true and correct copies of relevant pages of the transcript of the deposition of Defendant Stafford Cross in this case.

8.  Attached hereto as Exhibit "G" are true and correct copies of relevant pages of the transcript of the deposition of Defendant Kyle Morgan in this case.

9.  Attached hereto as Exhibit "H" are true and correct copies of relevant pages of the transcript of the deposition of Defendant Darryl Brown in this case.

10. Attached hereto as Exhibit "I" are relevant pages from Plaintiff Maurice Briones's responses to Defendant City of Ontario's Interrogatories in this case, which were served on my office on or about March 28, 2018.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 6th day of April 2018 at Ontario, California.

/s/ Daniel S. Roberts
Daniel S. Roberts

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

{DSR/00057873. }