LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalegalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

George Rosenberg, Esq. (SBN 62570)
george@rosenberg-lawfirm.com
GEORGE M. ROSENBERG,
A PROFESSIONAL CORPORATION
12100 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 207-0703
Facsimile: (310) 207-0787

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BRIONES and MAURICE BRIONES, in each case individually and as successor in interest to Kyle Briones, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ONTARIO; STAFFORD CROSS; MIKE GONZALES; MICHAEL MORA; DARRYL BROWN; KYLE MORGAN, and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-00590-DMG (JPRx)<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 18, 2018<br>Time: 2:00 p.m.<br>Crtm.: 8C (First St. Courthouse) |

**DECLARATION OF RENEE V. MASONGSONG**

I, Renee V. Masongsong, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiffs in this instant action. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant pages of the transcript of the Deposition of Sultan Nshaiwat, taken on April 9, 2018.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of relevant pages of the transcript of the Deposition of Officer Kyle Morgan, taken on April 3, 2018.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant pages of the transcript of the Deposition of Stafford Cross, taken on April 3, 2018.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of relevant pages of the transcript of the Deposition of Officer Darryl Brown, taken on April 2, 2018.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant pages of the transcript of the Deposition of Cpl. Mike Gonzales, taken on April 2, 2018.

7. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the transcript of the Deposition of Officer Michael Mora, taken on April 2, 2018.

|    |    |
|----|----|
| 1  | 8. Attached hereto as "**Exhibit 7**" is a true and correct copy of the |
| 2  | relevant pages of the transcript of the Deposition of Officer Robert Wightman, taken |
| 3  | on April 2, 2018. |
| 4  | 9. Attached hereto as "**Exhibit 8**" is a true and correct copy of the |
| 5  | relevant pages of the transcript of the Deposition of Officer Alex Villalpando, taken |
| 6  | on April 2, 2018. |
| 7  | 10. Attached hereto as "**Exhibit 9**" is a true and correct copy of Ontario |
| 8  | Police Department Policy 306, "Handcuffing and Restraints." |
| 9  | 11. Attached hereto as "**Exhibit 10**" is a true and correct copy of the |
| 10 | relevant pages of the transcript of the audio-recorded interview of Sergeant Stafford |
| 11 | Cross, taken on October 6, 2016 ("Cross Statement"). |
| 12 | 12. Attached hereto as "**Exhibit 11**" is a true and correct copy of the |
| 13 | Ontario Police Department Detailed History for Police Event #P162790021 ("Police |
| 14 | Event"). |
| 15 | 13. Attached hereto as "**Exhibit 12**" is a true and correct copy of the |
| 16 | Ontario Fire Department Pre-Hospital Care Report regarding the incident ("Pre- |
| 17 | hospital Care Report"). |
| 18 | 14. Attached hereto as "**Exhibit 13**" is a true and correct copy of the |
| 19 | Ontario Fire Department Detailed History for Fire Event #F162790003 ("Fire |
| 20 | Event"). |
| 21 | 15. "**Exhibit 14**" is a CD-R containing a video recording of the incident |
| 22 | captured by one of the defendant officers' body worn cameras entitled |
| 23 | "AXON_Flex_Video_2016-10-05_0124" ("Video"). This exhibit is duplicative of |
| 24 | "Exhibit C" to the Declaration of Daniel S. Roberts in Support of Defendants' |
| 25 | Motion for Partial Summary Judgment [Dkt. No. 41]. This exhibit is being |
| 26 | manually lodged with the Court. |
| 27 | // |
| 28 | // |

16. "**Exhibit 15**" is a true and correct copy of the relevant pages of the transcript of the Deposition of Officer Darryl Lauritzen, taken on April 11, 2018.

17. "**Exhibit 16**" is a true and correct copy of the Taser log downloaded from Officer Morgan's X26P Taser device used during the incident ("Taser Download").

18. "**Exhibit 17**" is a true and correct copy of the "Match-Action" video prepared by Franz Stary of Stary Technologies LLC (see Declaration of Franz Stary).

I declare under penalty of perjury that the foregoing is true and correct, and that this was executed this 20th day of April 2018 at Woodland Hills, California.

  */s/ Renee V. Masongsong*
  Renee V. Masongsong