Exhibit "17"

