1  DENNIS M. COTA, Bar No. 127992
   dcota@cotalawfirm.com
2  DANIEL S. ROBERTS, Bar No. 205535
   droberts@cotalawfirm.com
3  COTA COLE & HUBER LLP
   3401 Centrelake Drive, Suite 670
4  Ontario, CA  91761
   Telephone:   (909) 230-4209
5  Facsimile:   (909) 937-2034

6  Attorneys for Defendants
   CITY OF ONTARIO, STAFFORD CROSS,
7  MIKE GONZALES, MICHAEL MORA,
   DARRYL BROWN and KYLE MORGAN
8

9

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BRIONES, et al., ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ONTARIO, et al.,<br><br>　　　　Defendants. | Case No. 5:17-CV-00590-DMG-JPR<br>Hon. Dolly M. Gee<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL S. ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently herewith:<br><br>(1)　Reply in Support of Motion for Partial Summary Judgment;<br><br>(2)　Response to Plaintiffs' Statement of Genuine Disputes of Material Fact and Additional Material Facts;<br><br>(3)　Evidentiary Objections.]<br><br>Date:　May 18, 2018<br>Time:　2:00 p.m.<br>Crtm.:　8C (First St. Courthouse) |

{DSR/00058411. }

## SUPPLEMENTAL DECLARATION OF DANIEL S. ROBERTS

I, Daniel S. Roberts, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am a partner at Cota Cole & Huber LLP, counsel of record in the above-captioned case for Defendants City of Ontario, Stafford Cross, Mike Gonzales, Michael Mora, Kyle Morgan, and Darryl Brown. I have personal knowledge of the following facts and if called upon to testify thereto, could and would do so competently.

2. Attached hereto collectively as Exhibit "J" are true and correct copies of relevant pages of the transcript of the deposition of Fire Engineer Scott Willemse that was taken in this case on April 10, 2018, after the deadline for Defendants to file their Motion for Partial Summary Judgment but prior to the deadline for Plaintiffs to file their Opposition to that Motion.

3. Attached hereto collectively as Exhibit "K" are true and correct copies of relevant pages of the transcript of the deposition of Fire Captain Ryan McCormick, also taken on April 10, 2018.

4. Attached hereto collectively as Exhibit "L" are true and correct copies of additional relevant pages of the transcript of the deposition of Detective Darryl Lauritzen, taken in this case on April 11, 2018, which were not included in Plaintiffs' Exhibit "15" to the Declaration of Renee Masongsong in support of their Opposition to Defendants' Motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 27th day of April 2018 at Ontario, California.

/s/ Daniel S. Roberts
Daniel S. Roberts

{DSR/00058411. }