LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

GEORGE M. ROSENBERG,
A PROFESSIONAL CORPORATION
George M. Rosenberg, Esq. (SBN 62570)
George@Rosenberg-LawFirm.com
12100 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 207-0703
Facsimile: (310) 207-0787

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BRIONES and MAURICE BRIONES, in each case individually and as a successor in interest to Kyle Briones, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ONTARIO; STAFFORD CROSS, MIKE GONZALES, MICHAEL MORA, DARRYL BROWN, KYLE MORGAN and DOES 6-10, inclusive, <br><br> Defendants. | Case No. 5:17-cv-00590-DMG-JPR <br><br> **NOTICE OF SETTLEMENT & STIPULATION TO VACATE ALL DATES** <br><br> FPTC: June 26, 2018 <br> Trial: July 24, 2018 |

COME NOW, Plaintiffs Cynthia Briones and Maurice Briones, in each case individually and as a successor in interest to Kyle Briones, deceased, and Defendants City of Ontario, Stafford Cross, Mike Gonzales, Michael Mora, Darryl Brown, and Kyle Morgan, and hereby inform this Honorable Court that the parties have reached a complete settlement in the above-referenced case as to all claims and

1  parties. The settlement has been approved by the appropriate City of Ontario

2  authorities.

3         The parties anticipate that the settlement process will be complete within

4  approximately 30 to 60 days. The parties jointly request that this Court vacate all

5  pending dates in the above-referenced case, including the pretrial conference date

6  (June 26, 2018) and the trial date (July 24, 2018), and also retain jurisdiction for the

7  purposes of enforcing the terms of the settlement.

8

9

10

11  DATED: June 25, 2018                    LAW OFFICES OF DALE K. GALIPO
                                           GEORGE M. ROSENBERG
12

13                                         By:_____/s/ Renee V. Masongsong_____
14                                            Dale K. Galipo
                                              Renee V. Masongsong
15                                            George M. Rosenberg
                                              Attorneys for Plaintiffs
16

17

18

19  DATED:  June 25, 2018                   COTA COLE & HUBER LLP

20

21                                         By:_____/s/ Daniel S. Roberts_____
22                                            Dennis M. Cota
                                              Daniel S. Roberts
23                                            Attorneys for Defendants
                                              CITY OF ONTARIO, STAFFORD
24                                            CROSS, MIKE GONZALES, MICHAEL
                                              MORA, DARRYL BROWN and KYLE
25                                            MORGAN

26

27

28

-1-